RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
Facsimile: (702) 382-4800
rick@wswlawlv.com
Attorney for Sylviane Della Whitmore

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SYLVIANE DELLA WHITMORE,<br><br>    Defendants. | Case No. 2:17-CR-00110-APG-CWH-3<br><br>**UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL** |

COMES NOW, the Defendant SYLVIANE DELLA WHITMORE, by and through her attorney RICHARD A. WRIGHT, WRIGHT STANISH & WINCKLER; and hereby files the foregoing notice to allow Interstate Travel to Scottsdale, Arizona from December 21, 2017 through December 23, 2017 for a medical appointment.

1. Pursuant to the conditions of Pre-Trial Services, Ms. Whitmore is allowed to travel within Clark County, Nevada, and requires permission from the government to travel outside of this area.

2. Travel dates for Ms. Whitmore are Thursday, December 21, 2017 through Saturday, December 23, 2017.

3. Ms. Whitmore will be staying at the following address: 7110 Indian School Road, Scottsdale, Arizona 85250.

4. Ms. Whitmore will be traveling by car to the designated address.

///

5. Richard Wright has spoken to Richard Anthony Lopez, Assistant United States Attorney, and he has no objection to the travel.

6. Additionally, Ms. Whitmore will advise her Pre-Trial Officer within 24 hours of her return to Las Vegas, Nevada.

Dated this 5th day of December, 2017.

WRIGHT STANISH & WINCKLER

By /s/ Richard A. Wright
RICHARD A. WRIGHT, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Attorney for Sylviane Della Whitmore

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> SYLVIANE DELLA WHITMORE, <br> Defendant. | CASE NO. 2:17-CR-00110-APG-CWH-3 <br><br> **ORDER GRANTING SYLVIANE DELLA WHITMORE MOTION TO ALLOW INTERSTATE TRAVEL** |

Based on the Motion of Defendant SYLVIANE DELLA WHITMORE and good cause appearing, the Court hereby Orders as follows:

1. Pursuant to the conditions of Pre-Trial Services, Ms. Whitmore is allowed to travel within Clark County, Nevada, and requires permission from the government to travel outside of this area.

2. Travel dates for Ms. Whitmore are Thursday, December 21, 2017 through Saturday, December 23, 2017.

3. Ms. Whitmore will be staying at the following address: 7110 Indian School Road, Scottsdale, Arizona 85250.

4. Ms. Whitmore will be traveling by car to the designated address.

5. Richard Wright has spoken to Richard Anthony Lopez, Assistant United States Attorney, and he has no objection to the travel.

6. Additionally, Ms. Whitmore will advise her Pre-Trial Officer within 24 hours of her return to Las Vegas, Nevada.

IT IS SO ORDERED.

DATED: 12/13/2017

_____
GEORGE W. FOLEY
United States Magistrate Judge