UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                      )    2:17-CR-00110-APG-CWH-3
    Plaintiff,           )
                                      )
      vs.                     )
                                      )
SYLVIANE DELLA WHITMORE, )
                                      )
    Defendant.       )
_____)

**ORDER**

**IT IS HEREBY ORDERED** that counsel for Defendant Whitmore has until November 21, 2018 to file their reply to the Government's Response to Defendant Whitmore's Motion to Sever.

Dated: __November 14__, 2018

_____
UNITED STATES MAGISTRATE JUDGE

3