1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar No. 13644
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar No. 1925
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Email: Daniel.Hollingsworth@usdoj.gov
6  Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-110-APG-CWH |
| Plaintiff, | **Government's Unopposed Motion To Extend the Time to Reply to Whitmore's Objection (ECF No. 120) to the Government's Motion for Interlocutory Sale (ECF No. 113)** |
| v. | |
| SYLVIANE DELLA WHITMORE, aka Sylviane Cordova, | |
| Defendant. | **(First Request)** |

The United States of America respectfully moves this Court for an Order extending the time for the government to reply to defendants' Objection to the Government's Motion for Interlocutory Sale (ECF No. 120). The government requests an extension of time to and including March 29, 2019. This is the first request.

The grounds for extending the time are as follows.

On February 26, 2019, the undersigned counsel called Robert Draskovich, counsel for defendant, who agreed to this extension of time.

The undersigned has a large and active case load. Undersigned has had many tightly scheduled deadlines with the court for complex issues that have taken large amounts of time and resources to complete. Undersigned has worked extremely hard and efficiently to meet all the deadlines, but he has not had time to address the Objection.

The Asset Forfeiture Unit (AFU) in the United States Attorney's Office for the District of Nevada (USAO) is understaffed. AFU lacks two paralegal specialists and one full

time forfeiture Assistant United States Attorney (AUSA) in Las Vegas and one AUSA in Reno, Nevada. The undersigned is currently the only forfeiture AUSA in the USAO. Between the lack of staff, the lack of forfeiture AUSAs, and the criminal forfeiture workload, the forfeiture work in the USAO has backed up significantly. The undersigned is doing the best he can under the circumstances.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, March 29, 2019, for the United States to reply to defendants' objection (ECF No. 120).

DATED: February 26, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney


IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 27, 2019

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on February 26, 2019.

                                                       */s/ Heidi L. Skillin*
                                                       HEIDI L. SKILLIN
                                                       Asset Forfeiture Paralegal