NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-110-APG-DJA-3 |
| Plaintiff, | **Stipulation to Extend Deadlines Regarding Defendant Whitmore's Motion in Limine [ECF 129]** |
| v. | |
| SYLVIANE DELLA WHITMORE, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Robert M. Draskovich, Esq., counsel for Defendant Sylviane Della Whitmore, that (1) the Government's deadline to respond to Defendant's motion in limine (filed at ECF 129), currently set for October 29, 2019, be extended to November 25, 2019; and (2) Defendant's deadline to file any reply, currently set for November 5, 2019, be extended to December 9, 2019.

This stipulation is entered into for the following reasons:

1. On October 14, 2019, Defendant Whitmore filed a motion in limine. At the time the motion was filed, trial was scheduled to begin for November 18, 2019.

2. The trial date in this case has since been continued to January 27, 2019.

1      3.     The parties request an extension of the briefing schedule so that the Government has adequate time to respond and so that the parties may have additional time to explore a resolution that may moot the motion, thereby conserving judicial resources.

     4.     This is the first request for an extension of time regarding the briefing schedule on Defendant's motion in limine.

     5.     Because trial is scheduled for January 27, 2020, the granting of this stipulation will not affect the trial date.

     6.     Denial of this request for an extension could result in a miscarriage of justice.

DATED this 29th day of October, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Robert M. Draskovich, Esq.*      /s/ *Richard Anthony Lopez*
ROBERT M. DRASKOVICH, ESQ.      RICHARD ANTHONY LOPEZ
Counsel for Defendant WHITMORE      Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-110-APG-DJA-3 |
| Plaintiff, | |
| v. | |
| SYLVIANE DELLA WHITMORE, | |
| Defendant. | |

**Order Granting Stipulation to Extend Deadlines**

**Regarding Defendant's Motion in Limine**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant's motion in limine be extended to November 25, 2019; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant be extended to December 9, 2019.

Dated: October 29, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE