ROBERT M. DRASKOVICH, ESQ.
Nevada State Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
(702) 474-4222/Phone
(702) 474-1320/Fax
robert@draskovich.com
Attorney for Defendant Whitmore

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SYLVIANE DELLA WHITMORE,<br><br>  Defendant. | Case No. 2:17-cr-110-APG-DJA-3<br><br>**STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT WHITMORE'S MOTION IN LIMINE [ECF 129]**<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Robert M. Draskovich, Esq., attorney for Sylviane Whitmore, and Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, that the Defendant's deadline to reply to Government's Response to Defendant Whitmore's Motion in Limine (filed at ECF 136), currently set for December 9, 2019, be extended to December 16, 2019.

The Stipulation is entered into for the following reasons:

1. On October 14, 2019, Defendant Whitmore filed a motion in limine. At the time the motion was filed, trial was scheduled to begin November 18, 2019.

2. The trial date in this case has since been continued to January 27, 2020.

3. The parties request an extension of the briefing schedule so that the Defendant has adequate time to reply and so that the parties may have additional time to explore a resolution that may moot the motion, thereby conserving judicial resources.

4. This is the first defense request for an extension of time regarding the briefing schedule on Defendant's Motion in Limine.

5. Because trial is scheduled for January 27, 2020, the granting of this stipulation will not affect the trial date.

6. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 6th day of December, 2019.

                                              NICHOLAS A. TRUTANICH
                                              United States Attorney

*/s/ Robert M. Draskovich*
By_____     */s/ Richard Anthony Lopez*
                                              By_____
ROBERT M. DRASKOVICH, ESQ.           RICHARD ANTHONY LOPEZ
Attorney for Defendant Whitmore           Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SYLVIANE DELLA WHITMORE,<br><br>    Defendant. | Case No. 2:17-cr-110-APG-DJA-3 |

### ORDER GRANTING STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION IN LIMINE

Based on the pending Stipulation of the parties, and good cause appearing, the Stipulation is hereby GRANTED.

**IT IS HEREBY ORDERED** that the deadline for the Defendant's reply to Government's Response to Defendant Whitmore's Motion in Limine be extended to December 16, 2019.

Dated: December 6, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE