**STIP**
ROBERT M. DRASKOVICH, ESQ.
Nevada State Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
(702) 474-4222/Phone
(702) 474-1320/Fax
robert@draskovich.com
Attorney for Defendant Whitmore

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SYLVIANE DELLA WHITMORE,<br><br>          Defendant. | Case No. 2:17-cr-110-APG-DJA-3<br><br>**STIPULATION AND ORDER** |

      IT IS HEREBY STIPULATED AND AGREED by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant SYLVIANE DELLA WHITMORE, and RICHARD ANTHONY LOPEZ, Assistant United States Attorney, counsel for the Government, that Defendant's conditions of release be modified to remove the requirement that defendant report to the U.S. Pre-Trial Services Office (condition 7). This modification does not affect the other remaining conditions still in effect.

      DATED this 23rd day of June, 2020.

 

NICHOLAS A. TRUTANICH
United States Attorney

  /s/ Robert M. Draskovich
By_____
ROBERT M. DRASKOVICH, ESQ.
Attorney for Defendant Whitmore

  /s/ Richard Anthony Lopez
By_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SYLVIANE DELLA WHITMORE,<br><br>        Defendant. | Case No. 2:17-cr-110-APG-DJA-3 |

## ORDER

Based on the pending Stipulation of the parties, and good cause appearing, the Stipulation is hereby GRANTED.

**IT IS HEREBY ORDERED** that Defendant's conditions of release be modified to remove the requirement that defendant report to the U.S. Pre-Trial Services Office (condition 7). This modification does not affect the other remaining conditions still in effect.

DATED this  24th  day of June, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant Whitmore

2