1

DANIEL HILL, ESQ.

2

NV Bar # 12773
HILL FIRM

3

228 S. 4th Street, 3rd Floor

4

Las Vegas, Nevada 89101
Tel:     (702) 848-5000

5

Fax:    (702) 442-8338
dan@hillfirmlawyers.com

6

Attorneys for Defendant Larry McDaniel

7

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

11

UNITED STATES OF AMERICA,

Case No.: 2:17-cr-110 APG-DJA

12

Plaintiff,

13

vs.

**STIPULATION TO EXTEND
DEADLINES; PROPOSED ORDER**

14

15

SYLVIANE WHITMORE,

16

LARRY MCDANIEL,

17

Defendants.

18

19

The parties, Sylviane Whitmore, by and through her counsel, Lisa A. Rasmussen,

20

Larry McDaniel, by and through his counsel, Daniel Hill, and the United States, by and

21

through its counsel, Assistant United States Attorney Richard Anthony Lopez, hereby

22

stipulate as follows:

23

1. Presently, the supplemental briefing on McDaniel and Whitmore's Motions

24

for New Trial are due on January 18, 2022.

25

2. Defense counsel need additional time to prepare the supplements, in part

26

because Mr. Hill has only just received the entire file from McDaniel's prior

27

counsel.  Additionally, neither Ms. Rasmussen nor Mr. Hill participated in the

28

trial in this case, so there is substantial additional review that needs to be completed and neither are able to complete the supplements on or before January 18, 2022.

3. Defendants propose the following extensions of time:

    a. Whitmore and McDaniel's supplement's due on February 17, 2022;

    b. Government's Response due on March 16, 2022;

    c. Whitmore and McDaniel's Replies due on March 30, 2022.

4. The government agrees to these extended dates but does not waive any rights to object to any procedural infirmities nor does this stipulation confer any statutory extensions upon the defendants unless the court finds cause for the same, which has yet to be determined.

5. The government's forfeiture motion, ECF 232, would continue to be held in abeyance and the sentencing hearings set for April 21, 2022 can later be adjusted as and if needed by the parties and/or the Court.

///
///
///
///
///
///
///
///
///
///

STIPULATION TO EXTEND DEADLINES; PROPOSED ORDER - 2

6.  Denial of this request would cause prejudice to the Defendants Whitmore and McDaniel and this request for an extension of time is not made for the purpose of delay.

Dated this 13th day of January 2022.

**The Law Offices of Kristina Wildeveld & Associates,**

*/s/ Lisa A. Rasmussen*

_____
LISA A. RASMUSSEN, ESQ.
Counsel for Sylviane Whitmore

**Hill Firm,**

*/s/ Daniel Hill*

_____
DANIEL HILL, ESQ.
Counsel for Larry McDaniel

**CHRISTOPHER CHIOU,**
**Acting United States Attorney**
**District of Nevada**

*/s/ Richard Anthony Lopez*

_____
BY:  RICHARD ANTHONY LOPEZ
Assistant United States Attorney

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule due on January 18, 2022 is hereby extended as follows:

      a.  Whitmore and McDaniel's supplements due on February 17, 2022;

      b.  Government's Response due on March 16, 2022;

      c.  Whitmore and McDaniel's Replies due on March 30, 2022.

Dated: January 19, 2022

_____

The Honorable Andrew P. Gordon
United States District Judge

STIPULATION TO EXTEND DEADLINES; PROPOSED ORDER - 4