**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**PHILLIP HURBACE**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **PHILLIP HURBACE**, **LARRY ANTHONY MCDANIEL, and SYLVAINE DELLA WHITMORE,** <br><br> Defendants. | Case No.: 2:17-CR-110-APG-DJA <br><br> (SECOND REQUEST) |

## STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **TONY LOPEZ, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **OSVALDO E. FUMO, ESQ.**, counsel for PHILLIP HURBACE, **DANIEL HILL, ESQ.,** counsel for LARRY ANTHONY MCDANIEL, and **LISA RASSMUSSEN, ESQ.,** counsel for SYLVAINE DELLA WHITMORE, that the Sentencing Hearing currently scheduled for April 21, 2022, at 9:30, 10:30 a.m., and 1:30 p.m., be vacated and reset or a date and time convenient to the court, but not earlier than September 2022.

1. Counsels for defendants has spoken to their clients and they have no objection to the request of continuance.

2. Defendants are out on pretrial release.

-1-

3. Counsels has spoken to AUSA Tony Lopez and he does not oppose to the continuance.

4. Counsels needs additional time to prepare for sentencing.

5. Counsel are requesting that sentencing be set out to September 2022.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 2nd request for continuance filed herein.

**DATED** this 15th day of April 2022.

| | |
|---|---|
| /S/ Osvaldo E. Fumo, Esq. | /S/ Tony Lopez, Esq. . |
| **OSVALDO E. FUMO, ESQ.** | **TONY LOPEZ, AUSA** |
| Nevada Bar No. 5956 | Assistant United States Attorney |
| 601 Las Vegas Blvd. South | 501 Las Vegas Blvd. South, |
| Las Vegas, Nevada 89101 | Suite 1100 |
| Attorney for Defendant | Las Vegas, NV 89101 |
| **PHILLIP HURBACE** | |

/s/ Lisa Rasmussen, Esq.
**LISA RASMUSSEN, ESQ.**
Nevada Bar No. 7491
550 E Charleston Blvd., #A
Las Vegas, Nevada 89104
Attorney for Defendant
**SYLVAINE DELLA WHITMRE**

/s/ Daniel Hill, Esq.         .
**DANIEL HILL, ESQ.**
Nevada Bar No.: 12773
228 S. 4th Street, 3rd Flr
Las Vegas, Nevada 89101
Attorney for Defendant
**LARRY ANTHONY MCDANIEL**

**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**PHILLIP HURBACE**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:17-CR-110-APG-DJA |
| Plaintiff, | (SECOND REQUEST) |
| vs. | |
| **PHILLIP HURBACE**, **LARRY ANTHONY MCDANIEL, and SYLVAINE DELLA WHITMORE,** | |
| Defendants. | |

## **FINDINGS OF FACT**

1. Counsels for defendants has spoken to their clients and they have no objection to the request of continuance.

2. Defendants are out on pretrial release.

3. Counsels has spoken to AUSA Tony Lopez and he does not oppose to the continuance.

4. Counsels needs additional time to prepare for sentencing.

5. Counsel are requesting that sentencing be set out to September 2022.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 2ND request for continuance filed herein.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearings currently scheduled for April 21, 2022, are vacated, and continued.
   Hurbace is continued to September 22, 2022, at 10:30 a.m.
   McDaniel is continued to September 22, 2022, at 1:30 p.m.
   Whitmore is continued to September 22, 2022, at 2:30 p.m.
In Courtroom 6C before Judge Andrew P. Gordon.

DATED this 19th day of April, 2022.

_____
**DISTRICT COURT JUDGE**