JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
MINA CHANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
mina.chang@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIANE D. WHITMORE, and<br><br>LARRY MCDANIEL,<br><br>Defendants. | Case No. 2:17-cr-00110-APG-CWH<br><br>**Stipulation to Continue Deadline for Government's Response to Defendants' Joint Motion for New Trial [ECF No. 272] (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, through Richard Anthony Lopez and Mina Chang, Assistant United States Attorneys, counsel for the United States of America, Lisa Rasmussen, counsel for defendant Sylviane D. Whitmore, and Daniel Hill, counsel for defendant Larry A. McDaniel, that:

(1) The deadline for the Government's Response to defendants' Joint Motion for New Trial (ECF No. 279), currently set for June 17, 2022, be vacated and continued to July 1, 2022; and

(2) The deadline for defendants' Replies, currently set for July 1, 2022, be vacated and continued to July 15, 2022.

This Stipulation is entered into for the following reasons:

1. On April 15, 2022, defendants Whitmore and McDaniel filed their Joint Motion for New Trial and 34 accompanying exhibits. ECF No. 272.

2. On May 11, 2022, the Court ordered the Government to file its response by June 17, 2022, and defendants to file their replies by July 1, 2022. ECF No. 279.

3. Government counsel needs additional time to complete its research, draft, and finalize an appropriate response to the defendants' motion.

4. This continuance is not sought for purposes of delay, but to provide the Government the necessary time to file an appropriate response. For the reasons stated above, the

/ / /

/ / /

/ / /

/ / /

/ / /

ends of justice would best be served by a continuance of the deadline.

5. Denial of this request for continuance of the deadline could result in a miscarriage of justice.

6. Defendants Whitmore and McDaniel are out of custody and do not object to the request for continuance.

This is the second request for a continuance.

DATED this 16th day of June, 2022.

Respectfully submitted,

| LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Lisa Rasmussen<br>LISA RASMUSSEN<br>Counsel for Defendant Sylviane D. Whitmore | /s/ Tony Lopez<br>RICHARD ANTHONY LOPEZ<br>MINA CHANG<br>Assistant United States Attorneys |

HILL LAW FIRM

/s/ Daniel Hill
DANIEL HILL
Counsel for Defendant Larry A. McDaniel

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIANE D. WHITMORE, and<br><br>LARRY MCDANIEL,<br><br>Defendants. | Case No. 2:17-cr-00110-APG-CWH<br><br>**Order on Stipulation to Continue Deadline for Government's Response to Defendants' Joint Motion for New Trial [ECF No. 272] (Second Request)** |

Based on the parties' stipulation to continue the deadline for the Government's Response to defendants' Joint Motion for New Trial, and good cause appearing therefore, the Court hereby finds that:

1. On April 15, 2022, defendants Whitmore and McDaniel filed their Joint Motion for New Trial and 34 accompanying exhibits. ECF No. 272.

2. On May 11, 2022, the Court ordered the Government to file its response by June 17, 2022, and defendants to file their replies by July 1, 2022. ECF No. 279.

3. Government counsel needs additional time to complete its research, draft, and finalize an appropriate response to the defendants' motion.

4. This continuance is not sought for purposes of delay, but to provide the Government the necessary time to file an appropriate response.

5. The parties agree to this continuance.

6. Defendants Whitmore and McDaniel are out of custody and do not object to the request for continuance.

**ORDER**

**IT IS HEREBY ORDERED** that the deadline for the Government's Response to defendants' Joint Motion for New Trial, currently set for June 17, 2022, be vacated and continued to July 1, 2022; and

**IT IS FURTHER ORDERED** that the deadline for defendants Whitmore and McDaniel's Replies, currently set for July 1, 2022, be vacated and continued to July 15, 2022.

**IT IS SO ORDERED** this 17th day of June, 2022.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE