**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SYLVIANE D. WHITMORE, and <br><br> LARRY MCDANIEL, <br><br> Defendants. | Case No. 2:17-cr-00110-APG-CWH <br><br> **Order on Stipulation to Continue Deadline for Government's Response to Defendants' Joint Motion for New Trial [ECF No. 272] (Third Request)** |

Based on the parties' stipulation to continue the deadline for the Government's Response to defendants' Joint Motion for New Trial, and good cause appearing therefore, the Court hereby finds that:

1. On April 15, 2022, defendants Whitmore and McDaniel filed their Joint Motion for New Trial and 34 accompanying exhibits. ECF No. 272.

2. On June 17, 2022, the Court ordered the Government to file its response by July 1, 2022, and defendants to file their replies by July 15, 2022. ECF No. 281.

3. Government counsel needs additional time to complete its research, draft, and finalize an appropriate response to the defendants' motion.

4. This continuance is not sought for purposes of delay, but to provide the Government the necessary time to file an appropriate response.

5. The parties agree to this continuance.

6. Defendants Whitmore and McDaniel are out of custody and do not object to the request for continuance.

**ORDER**

**IT IS HEREBY ORDERED** that the deadline for the Government's Response to defendants' Joint Motion for New Trial, currently set for July 1, 2022, be vacated and continued to July 15, 2022; and

**IT IS FURTHER ORDERED** that the deadline for defendants Whitmore and McDaniel's Replies, currently set for July 15, 2022, be vacated and continued to July 29, 2022.

**IT IS SO ORDERED** this 1st day of July, 2022.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE