Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
(702) 222-0007 (T) | (702)222-0001
Email: Lisa@VeldLaw.com

Attorneys for Defendant Sylviane Whitmore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SYLVIANE WHITMORE, <br><br> LARRY MCDANIEL, <br><br> Defendants. | Case No.: 2:17-cr-110 APG-DJA <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE REPLY** |

The parties, Sylviane Whitmore, by and through her counsel, Lisa A. Rasmussen, Larry McDaniel, by and through his counsel, Daniel Hill, and the United States, by and through its counsel, Assistant United States Attorney Richard Anthony Lopez, hereby stipulate as follows:

1. Presently, Defendants' Reply to their Motion for New Trial is due on today's date.

STIPULATION TO EXTEND DEADLINE TO FILE REPLY - 1

2. Due to other pending deadlines of the undersigned counsel for Defendants, the undersigned seek a 30 day extension of time to file their Reply and request that they be permitted to file it on or before Monday, August 29, 2022.

3. The government does not oppose this extension of time. It will likely be necessary for the parties to move to extend the presently scheduled sentencing dates and the parties will address that issue at a later date in consultation with the Court.

4. Denial of this request would cause prejudice to the Defendants Whitmore and McDaniel and this request for an extension of time is not made for the purpose of delay.

Dated this 29th day of July 2022.

**The Law Offices of Kristina Wildeveld & Associates,**

/s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.
Counsel for Sylviane Whitmore

**Hill Law Firm,**

/s/ Daniel Hill
_____
DANIEL HILL, ESQ.
Counsel for Larry McDaniel

STIPULATION TO EXTEND DEADLINE TO FILE REPLY - 2

**JASON FRIERSON,**
**United States Attorney**
**District of Nevada**

*/s/ Richard Anthony Lopez*
_____
BY:  RICHARD ANTHONY LOPEZ
Assistant United States Attorney

### ORDER

Pursuant to the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendants to file their Reply to the Motion for New Trial is hereby extended to August 29, 2022.

Dated: August 1, 2022

_____
The Honorable Andrew P. Gordon
United States District Judge