Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV  89104
(702) 222-0007 (T) | (702)222-0001
Email:  Lisa@VeldLaw.com

Attorneys for Defendant Sylviane Whitmore

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SYLVIANE WHITMORE,<br><br>LARRY MCDANIEL,<br><br>            Defendants. | Case No.: 2:17-cr-110 APG-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY** |

The parties, Sylviane Whitmore, by and through her counsel, Lisa A. Rasmussen, Larry McDaniel, by and through his counsel, Daniel Hill, and the United States, by and through its counsel, Assistant United States Attorney Richard Anthony Lopez, hereby stipulate as follows:

1. Presently, Defendants' Reply to their Motion for New Trial is due on today's date.

2. Attorney Dan Hill is currently in a sexual assault trial in the Eighth Judicial District Court.  Although the trial is anticipated to conclude today, he has not

STIPULATION TO EXTEND DEADLINE TO FILE REPLY - 1

had the opportunity to consult with Ms. Rasmussen on their respective portions of the Reply and it is not likely that he will be able to do so before the end of business today.

3. Accordingly, the defendants request permission to file the Reply on or before Monday, September 19, 2022.

4. The government is not opposed to this request and stipulates to the same.

Dated this 16th day of September 2022.

**The Law Offices of Kristina Wildeveld & Associates,**

/s/ *Lisa A. Rasmussen*

_____

LISA A. RASMUSSEN, ESQ.
Counsel for Sylviane Whitmore

**Hill Law Firm,**

/s/ *Daniel Hill*

_____

DANIEL HILL, ESQ.
Counsel for Larry McDaniel

**JASON FRIERSON,**
**United States Attorney**
**District of Nevada**

/s/ *Richard Anthony Lopez*

_____

BY: RICHARD ANTHONY LOPEZ
Assistant United States Attorney

STIPULATION TO EXTEND DEADLINE TO FILE REPLY - 2

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendants to file their Reply to the Motion for New Trial is hereby extended to September 19, 2022.

Dated: September 19, 2022

_____
The Honorable Andrew P. Gordon
United States District Judge

STIPULATION TO EXTEND DEADLINE TO FILE REPLY - 3