# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SYLVIANE DELLA WHITMORE and<br><br>LARRY ANTHONY MCDANIEL,<br><br>    Defendants. | Case No. 2:17-cr-110-APG-DJA<br><br>**Order Granting Motion to Dismiss Counts 8, 13-21, and 26-27 of the Superseding Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice Counts 8, 13 to 21, and 26 to 27 of the Superseding Indictment. This dismissal does not affect any other counts against Whitmore and McDaniel and does not affect any charges against co-defendant Phillip D. Hurbace.

JASON M. FRIERSON
United States Attorney

/s/ Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 13th day of April, 2023.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE