JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
MINA CHANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
mina.chang@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIANE D. WHITMORE and<br><br>LARRY ANTHONY MCDANIEL,<br><br>Defendants. | Case No. 2:17-cr-00110-APG-DJA<br><br>**Stipulation to Extend Deadline for Reply Forfeiture Brief (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, through Richard Anthony Lopez and Mina Chang, Assistant United States Attorneys, counsel for the United States of America, Lisa A. Rasmussen, Esq., counsel for defendant Sylviane Della Whitmore, and Daniel Hill, Esq., counsel for defendant Larry Anthony McDaniel, that the Court extend the deadline for the government to file its reply to the response briefs filed by defendants Whitmore and McDaniel (at ECF 313 and 314, respectively) from June 7, 2023, to June 12, 2023.

This Stipulation is entered into for the following reasons:

1. Pursuant to the parties' stipulation, on April 6, 2023, the Court scheduled supplemental briefing on the issue of forfeiture.

2. On April 14, 2023, the government filed its supplemental brief.

3. Pursuant to the parties' stipulation, the Court extended the time for defendants Whitmore and McDaniel to file their response to May 31, 2023. On May 31, 2023, defendants Whitmore and McDaniel timely filed their responses to the government's supplemental brief.

4. The government requires additional time to adequately respond to the issues raised in those responses.

5. This continuance is not sought for purposes of delay, but to provide the government the necessary time to file a reply.

6. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline. Denial of this request for continuance of the deadline could result in a miscarriage of justice.

7. Defendants are out of custody and do not object to the request for continuance.

8. This is the first request for a continuance of the reply deadline.

DATED this 7th day of June, 2023.

                                                Respectfully submitted,

                                                JASON M. FRIERSON
                                                United States Attorney

                                                */s/ Richard Anthony Lopez*
                                                RICHARD ANTHONY LOPEZ
                                                MINA CHANG
                                                Assistant United States Attorneys

| */s/ Daniel Hill* | */s/ Lisa A. Rasmussen* |
|---|---|
| DANIEL HILL, ESQ. | LISA A. RASMUSSEN, ESQ. |
| Counsel for Defendant MCDANIEL | Counsel for Defendant WHITMORE |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00110-APG-DJA |
| Plaintiff, | |
| v. | **Order Granting Stipulation to Extend Deadline for Reply Forfeiture Brief (First Request)** |
| SYLVIANE D. WHITMORE and | |
| LARRY ANTHONY MCDANIEL, | |
| Defendants. | |

Based on the parties' stipulation to extend the deadline for the government to file its reply brief on forfeiture, and good cause appearing therefore, the Court hereby finds that:

1. Pursuant to the parties' stipulation, on April 6, 2023, the Court scheduled supplemental briefing on the issue of forfeiture.

2. On April 14, 2023, the government filed its supplemental brief.

3. Pursuant to the parties' stipulation, the Court extended the time for defendants Whitmore and McDaniel to file their response to May 31, 2023. On May 31, 2023, defendants Whitmore and McDaniel timely filed their responses to the government's supplemental brief.

4. The government requires additional time to adequately respond to the issues raised in those responses.

5. This continuance is not sought for purposes of delay, but to provide the government the necessary time to file a reply.

6. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline. Denial of this request for continuance of the deadline could result in a miscarriage of justice.

7. Defendants are out of custody and do not object to the request for continuance.

3

8. This is the first request for a continuance of the reply deadline.

**ORDER**

**IT IS HEREBY ORDERED** that the deadline for the government to file a Reply Brief in Support of its Supplement to its Motion for Entry of Forfeiture Order is June 12, 2023;

DATED: June 8, 2023

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE