LISA A. RASMUSSEN, ESQ..
Nevada Bar No. 007491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001

Attorneys for Defendant,
Sylviane Whitmore

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.   2:17-cr-110-APG-DJA |
| ) | |
| Plaintiff, ) | **MOTION FOR ONE DAY EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM** |
| ) | |
| vs. ) | |
| ) | |
| SYLVIANE WHITMORE, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, the Defendant, SYLVIANE WHITMORE, by and through her counsel, Lisa A. Rasmussen, Esq. and hereby requests a one day extension of time to file her Sentencing Memorandum.  This Motion is based upon the following:

1. The undersigned has largely completed the sentencing memorandum, but needs to allow Ms. Whitmore a chance to review it before it is filed.

2. The undersigned is still preparing the exhibits to the Memorandum and needs additional time to complete that task.

3. This motion is not made for the purpose of delay. Substantial time and effort has been required for the objections to the presentence report, which was filed earlier today, the restitution statement which was filed yesterday and this memorandum which covers a lot of ground, including Ms. Whitmore's

1

current health issues.

Accordingly, the undersigned respectfully requests a one day extension of time permitting her to file the Sentencing Memorandum on March 22, 2024.

Respectfully submitted and dated this 21st day of March, 2024.

**The Law Offices of Kristina Wildeveld & Associates,**

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Sylviane Whitmore

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served a copy of the foregoing MOTION FOR ONE DAY EXTENSION OF TIME TO FILE MS. WHITMORE'S SENTENCING MEMORANDUM upon all persons participating in CM/ECF on this 21ST day of March, 2024, including but not limited to:

Mr. Tony Lopez, AUSA

Ms. Mina Chang, AUSA

Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.

IT IS SO ORDERED:

Dated: March 22, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2