LISA A. RASMUSSEN, ESQ..
Nevada Bar No. 007491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001

Attorneys for Defendant,
Sylviane Whitmore

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SYLVIANE WHITMORE, )<br>)<br>Defendant. ) | CASE NO.   2:17-cr-110-APG-DJA<br><br>**MOTION FOR PERMISSION TO FILE EXHIBIT D TO SENTENCING MEMORANDUM UNDER SEAL (MEDICAL RECORDS)** |

COMES NOW, the Defendant, SYLVIANE WHITMORE, by and through her counsel, Lisa A. Rasmussen, Esq. and hereby requests that this Court enter an order permitting her to file Exhibit D to her Sentencing Memorandum under seal. This motion is based upon the following:

1. Ms. Whitmore's sentencing Memorandum is filed at ECF 462. It contains Exhibits A through H. However, the undersigned only included a place-marker for Exhibit D, which contains Ms. Whitmore's medical records.

2. Medical records are protected under HIPAA, the Health Insurance Portability and Accountability Act of 1996. Not only are her medical records private, they also contain identifying information that would need to be redacted.

For each of these reasons, the undersigned respectfully requests permission to file the medical records and the entirety of **Exhibit D** under seal. The undersigned has manually provided Exhibit D to counsel for the United States on today's date. The undersigned has provisionally filed the documents under seal at ECF 463.

A proposed order is attached hereto.

Respectfully submitted and dated this 22nd day of March, 2024.

**The Law Offices of Kristina Wildeveld & Associates,**

/s/ *Lisa A. Rasmussen*
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Sylviane Whitmore

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing MOTON TO FILE EXHIBIT D TO SENTENCING MEMORANDUM UNDER SEAL upon all persons participating in CM/ECF on this 22nd day of March, 2024, including but not limited to:

Mr. Tony Lopez, AUSA
Ms. Mina Chang, AUSA

*Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.   2:17-cr-110-APG-DJA |
| ) | |
| Plaintiff, ) | **ORDER TO SEAL EXHIBIT D TO WHITMORE'S SENTENCING MEMORANDUM** |
| ) | |
| vs. ) | |
| ) | |
| SYLVIANE WHITMORE, ) | |
| ) | |
| Defendant. ) | |

Upon the Motion of Ms. Whitmore to Seal Exhibit D to her Sentencing Memorandum, the documents having been provisionally filed under seal by Ms. Whitmore at ECF 463, the Court finds there exists good cause to permit the records to be filed under seal as they contain Ms. Whitmore's protected health care documents.

Accordingly, IT IS HEREBY ORDERED that ECF 463, Exhibit D to Sylviane Whitmore's Sentencing Memorandum, shall be filed and maintained under seal.

IT IS FURTHER ORDERED that the records shall remain under seal until further order of this Court.

Dated: March 25, 2024

_____
The Honorable Andrew P. Gordon
United States District Judge

1