# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

         v.

SYLVIANE DELLA WHITMORE,
a/k/a: "Sylviane Cordova,"

         Defendant.

2:17-CR-110-APG-DJA

**Final Order of Forfeiture**

      The United States District Court for the District of Nevada entered an Order Granting Motion to Amend Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1), (b)(2), and (b)(5); 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p). The jury, and this Court, found Sylviane Della Whitmore, a/k/a: "Sylviane Cordova," guilty of Counts 1-2, 6-7, 12, and 28-32, forfeiting $32,938.34 of 10270 Hammerschmidt Court, Las Vegas, Nevada 89135 (Hammerschmidt property) and imposing in personam criminal forfeiture money judgments set forth in Forfeiture Allegation Two of the Superseding Criminal Indictment. The United States has shown the requisite nexus to the offenses to which Sylviane Della Whitmore, a/k/a: "Sylviane Cordova," was found guilty. Superseding Criminal Indictment, ECF No. 8; Minutes of Jury Trial, ECF No. 205 -208, 228 -229; Verdict Form, ECF No. 227; Order, ECF No. 247 at 32; Order, ECF No. 297; Minutes of Forfeiture Hearing, ECF No. 319; Order Granting Motion to Amend Preliminary Order of Forfeiture, ECF No. 366.

      This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The following in personam criminal forfeiture money judgment amounts comply with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021):

Count 1 a criminal forfeiture money judgment of $459,000;

Count 2 a criminal forfeiture money judgment of $459,000;

Count 6 a criminal forfeiture money judgment of $269,000;

Count 7 a criminal forfeiture money judgment of $178,034.70;

Count 12 a criminal forfeiture money judgment of $32,938;

Count 28 a criminal forfeiture money judgment of $190,000;

Count 29 a criminal forfeiture money judgment of $18,899.37;

Count 30 a criminal forfeiture money judgment of $32,938.34;

Count 31 a criminal forfeiture money judgment of $76,263.01; and

Count 32 a criminal forfeiture money judgment of $76,263.01.

The total amount of the money judgment that can be collected will not exceed $459,000.

**Notice and Service for Amended Preliminary Order of Forfeiture**

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 23, 2023, through December 22, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 387-1, p. 5.

This Court finds the United States notified known third parties by personal service and by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 412; Notice of Filing Service of Process – Mailing (NOFSOP-Amended POOF), ECF No. 424.

On January 11, 2024, the United States Attorney's Office served Briana Johnson, Clark County Assessor, by regular and certified return receipt mail with copies of the Order

/ / /

2

Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 10, 15-22, 141-142.

On January 18, 2024, the Internal Revenue Service personally served Briana Johnson, Clark County Assessor, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 3, 32-39.

On January 11, 2024, the United States Attorney's Office served Lynn Marie Goya, Clark County Clerk and on behalf of Clark County Water Reclamation District; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water District, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 9, 15-22, 137-138.

On January 18, 2024, the Internal Revenue Service personally served Lynn Marie Goya, Clark County Clerk and on behalf of Clark County Water Reclamation District; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water District, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 4, 32-39.

On January 11, 2024, the United States Attorney's Office served Steven B. Wolfson, Clark County District Attorney, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 11, 15-22, 159-160.

On January 18, 2024, the Internal Revenue Service personally served Steven B. Wolfson, Clark County District Attorney, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 5, 32-39.

/ / /

3

On January 11, 2024, the United States Attorney's Office served Debbie Conway, Clark County Recorder, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 9, 15-22, 127-128.

On January 18, 2024, the Internal Revenue Service personally served Debbie Conway, Clark County Recorder, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 6, 32-39.

On January 11, 2024, the United States Attorney's Office served J. Ken Diaz, Clark County Treasurer, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 9, 15-22, 129-130.

On January 18, 2024, the Internal Revenue Service personally served J. Ken Diaz, Clark County Treasurer, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 7, 32-39.

On January 11, 2024, the United States Attorney's Office served James B. Gibson, Chair of Clark County Commission; Vice President of Southern Nevada Water Authority; and Vice President of Las Vegas Valley Water District, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 9, 15-22, 135-136.

On January 18, 2024, the Internal Revenue Service personally served James B. Gibson, Chair of Clark County Commission; Vice President of Southern Nevada Water Authority; and Vice President of Las Vegas Valley Water District, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 8, 32-39.

/ / /

On January 11, 2024, the United States Attorney's Office served Kevin Schiller, Clark County Commission Manager, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 10, 15-22, 149-150.

On January 18, 2024, the Internal Revenue Service personally served Kevin Schiller, Clark County Commission Manager, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 9, 32-39.

On January 11, 2024, the United States Attorney's Office served Justin Jones, County Commissioner; Southern Nevada Water Authority; and Vice Chair of Clark County Water Reclamation, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 10, 15-22, 143-144.

On January 18, 2024, the Internal Revenue Service personally served Justin Jones, County Commissioner; Southern Nevada Water Authority; and Vice Chair of Clark County Water Reclamation, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 10, 32-39.

On January 11, 2024, the United States Attorney's Office served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District; and Chair of Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 10, 15-22, 145-146.

On January 18, 2024, the Internal Revenue Service personally served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District; and Chair of Southern Nevada Water Authority, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 11, 32-39.

On January 11, 2024, the United States Attorney's Office served John J. Entsminger, General Manager, Las Vegas Valley Water District and Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 9, 15-22, 133-134.

On January 18, 2024, the Internal Revenue Service personally served John J. Entsminger, General Manager, Las Vegas Valley Water District and Southern Nevada Water Authority, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 12, 32-39.

On January 11, 2024, the United States Attorney's Office served Gregory J. Walch, General Counsel Las Vegas Valley Water District and Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 11, 15-22, 157-158.

On January 18, 2024, the Internal Revenue Service personally served Gregory J. Walch, General Counsel, Las Vegas Valley Water District and Southern Nevada Water Authority, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 13, 32-39.

On January 11, 2024, the United States Attorney's Office served Dan Stewart, Vice Chair, Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 10, 15-22, 155-156.

On January 18, 2024, the Internal Revenue Service personally served Dan Stewart, Vice Chair, Southern Nevada Water Authority, with copies of the Order Granting Motion

/ / /

6

to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 14, 32-39.

On January 11, 2024, the United States Attorney's Office served the Southern Nevada Water Authority by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 10, 15-22, 153-154.

On January 18, 2024, the Internal Revenue Service personally served Olivia Diaz, Southern Nevada Water Authority, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 15, 32-39.

On January 11, 2024, the United States Attorney's Office served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice-Chairman of the Clark County Commission, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 10, 15-22, 151-152.

On January 18, 2024, the Internal Revenue Service personally served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice-Chairman of the Clark County Commission, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 16, 32-39.

On January 11, 2024, the United States Attorney's Office served Jeff Dorocak, City Attorney, City of Las Vegas, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 9, 15-22, 131-132.

On January 18, 2024, the Internal Revenue Service personally served Jeff Dorocak, City Attorney, City of Las Vegas, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 17, 32-39.

On January 11, 2024, the United States Attorney's Office served LuAnn Holmes, City Clerk, City Clerk of City of Las Vegas; and on behalf of City of Las Vegas Sewer, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 9, 15-22, 139-140.

On January 18, 2024, the Internal Revenue Service personally served LuAnn Holmes, City Clerk, City Clerk of City of Las Vegas; and on behalf of City of Las Vegas Sewer, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 18, 32-39.

On January 11, 2024, the United States Attorney's Office served Joey Paskey, Public Works Director of City of Las Vegas, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 10, 15-22, 147-148.

On January 18, 2024, the Internal Revenue Service personally served Joey Paskey, Public Works Director of City of Las Vegas, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 19, 32-39.

On January 11, 2024, the United States Attorney's Office attempted to serve Summerlin South Community Association, c/o Randy Ecklund, Registered Agent, at W. Charleston, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned not deliverable as addressed –unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 11, 15-22, 165-167.

On January 11, 2024, the United States Attorney's Office served Summerlin South Community Association, c/o Randy Ecklund, at Festival Plaza Drive by regular and certified return receipt mail with copies of the Order Granting Motion to Amend

/ / /

Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process –
Mailing, ECF No. 424-1, pg. 11, 15-22, 163-164.

On January 17, 2024, the Internal Revenue Service personally served Summerlin
South Community Association, c/o Randy Ecklund, Registered Agent, with copies of the
Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice
of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 20, 32-39.

On January 17, 2024, the Internal Revenue Service personally served Summerlin
South Community Association, c/o Randy Ecklund, with copies of the Order Granting
Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service
of Process – Personal Service, ECF No. 412-1, pg. 28, 32-39.

On January 11, 2024, the United States Attorney's Office served Summerlin South
Community Association, c/o Vincent Esposito, President, by regular and certified return
receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of
Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1,
pg. 11, 15-22, 168-171.

On January 17, 2024, the Internal Revenue Service personally served Summerlin
South Community Association, c/o Vincent Esposito, President, with copies of the Order
Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of
Filing Service of Process – Personal Service, ECF No. 412-1, pg. 21, 32-39.

On January 11, 2024, the United States Attorney's Office served Summerlin South
Community Association, c/o Rachel Lyons, Secretary, by regular and certified return
receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of
Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1,
pg. 11, 15-22, 172-175.

On January 17, 2024, the Internal Revenue Service personally served Summerlin
South Community Association, c/o Rachel Lyons, Secretary, with copies of the Order
Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of
Filing Service of Process – Personal Service, ECF No. 412-1, pg. 22, 32-39.

On January 11, 2024, the United States Attorney's Office served Summerlin South Community Association, c/o Linda Adams, Treasurer, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 11, 15-22, 161-162.

On January 17, 2024, the Internal Revenue Service personally served Summerlin South Community Association, c/o Linda Adams, Treasurer, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 23, 32-39.

On January 11, 2024, the United States Attorney's Office served Summerlin South Community Association, c/o Andreux Reynolds, Director, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 12, 15-22, 184-187.

On January 17, 2024, the Internal Revenue Service personally served Summerlin South Community Association, c/o Andreux Reynolds, Director, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 24, 32-39.

On January 11, 2024, the United States Attorney's Office served Summerlin South Community Association, c/o Jennifer Pevoto, Director, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 12, 15-22, 176-179.

On January 17, 2024, the Internal Revenue Service personally served Summerlin South Community Association, c/o Jennifer Pevoto, Director, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 25, 32-39.

/ / /

On January 11, 2024, the United States Attorney's Office served and attempted to serve Summerlin South Community Association, c/o Anthony Taeubel, Director, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The status of the certified mail is unknown as the post office has the document listed as in transit since January 17, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 12, 15-22, 192-195.

On January 17, 2024, the Internal Revenue Service personally served Summerlin South Community Association, c/o Anthony Taeubel, Director, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 26, 32-39.

On January 11, 2024, the United States Attorney's Office served Summerlin South Community Association, c/o John West, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 12, 15-22, 196-197.

On January 17, 2024, the Internal Revenue Service personally served Summerlin South Community Association, c/o John West, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 27, 32-39.

On January 11, 2024, the United States Attorney's Office served Summerlin South Community Association, c/o Pamela Scott, Director, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 12, 15-22, 188-191.

On January 17, 2024, the Internal Revenue Service personally served Summerlin South Community Association, c/o Pamela Scott, Director, with copies of the Order

/ / /

11

Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 29, 32-39.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Summerlin South Community Association, c/o David Redfearn, Director, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The status of the certified mail is unknown as the post office has the document listed as in transit since January 17, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 12, 15-22, 180-183.

On January 17, 2024, the Internal Revenue Service personally served Summerlin South Community Association, c/o David Redfearn, Director, with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 412-1, pg. 30, 32-39.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Bradley Burns and Lori Burns by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. The certified mail was returned unclaimed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 3, 15-22, 24-26.

On January 11, 2024, the United States Attorney's Office served Kelly Douglas Card (or Carn, Jr.) at S. Eastern Avenue by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 3, 15-22, 27-28.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Kelly Douglas Card (or Carn, Jr.) at Radcliff Street by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. The certified mail was returned unclaimed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 3, 15-22, 29-31.

On January 11, 2024, the United States Attorney's Office served Brent Lee Coralli by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 3, 15-22, 32-35.

On January 11, 2024, the United States Attorney's Office served the Estate of Larry Dean Coralli, c/o Brent Lee Coralli, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 4, 15-22, 36-39.

On January 11, 2024, the United States Attorney's Office attempted to serve Larry Dean Coralli by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned attempted – not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 4, 15-22, 40-42.

On January 11, 2024, the United States Attorney's Office served Lucia Garanin or Costin or Aranin or Yaramin at zip code 98029 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 4, 15-22, 43-44.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Lucia Garanin or Costin or Aranin or Yaramin at zip code 98321 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The status of the certified mail is unknown as the post office has the document listed as in transit unclaimed being returned to sender. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 4, 15-22, 45-48.

On January 11, 2024, the United States Attorney's Office served Jeffrey Haeberlin, by regular and certified return receipt mail with copies of the Order Granting Motion to

/ / /

13

Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 4, 15-22, 49-50.

On January 11, 2024, the United States Attorney's Office served Nicole Hurbace / Nicole Gaudioso at Reynolds Avenue by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 4, 15-22, 51-52.

On January 11, 2024, the United States Attorney's Office served Nicole Hurbace / Nicole Gaudioso at Moonlight View Court by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 4, 15-22, 53-54.

On January 11, 2024, the United States Attorney's Office attempted to serve Nicole Hurbace / Nicole Gaudioso at Ten Gallon Court by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned attempted – not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 4-5, 15-22, 55-57.

On January 11, 2024, the United States Attorney's Office attempted to serve Nicole Hurbace / Nicole Gaudioso at Chestnut Ridge Circle by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned attempted – not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 5, 15-22, 58-60.

On January 11, 2024, the United States Attorney's Office served PITARO & FUMO, CHTD., Osvaldo E Fumo, Attorney for Phillip D. Hurbace, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 5, 15-22, 61-62.

/ / /

On January 11, 2024, the United States Attorney's Office served and attempted to serve Phillip Hurbace at 1035 Mountain Quail Road by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. The certified mail was returned unclaimed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 5, 15-22, 63-65.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Phillip Hurbace at 1055 Mountain Quail Road by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. The certified mail was returned unclaimed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 5, 15-22, 66-68.

On January 11, 2024, the United States Attorney's Office attempted to serve Phillip Hurbace at Oakhill Avenue by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned attempted – not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 5, 15-22, 69-71.

On January 11, 2024, the United States Attorney's Office served Vicki Hurbace by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 5, 15-22, 72-73.

On January 11, 2024, the United States Attorney's Office served the Estate of Carl Kenneth Hurst, c/o Teresa Hurst, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 6, 15-22, 74-75.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Carl Kenneth Hurst by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The

regular mail was not returned. The certified mail was returned not deliverable as addressed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 6, 15-22, 76-78.

On January 11, 2024, the United States Attorney's Office served Teresa Hurst by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 6, 15-22, 79-80.

On January 11, 2024, the United States Attorney's Office served Larry Anthony McDaniel by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 6, 15-22, 81-82.

On January 11, 2024, the United States Attorney's Office attempted to serve HILL FIRM, Daniel Hill, Attorney for Larry Anthony McDaniel, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned illegible, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 6, 15-22, 83-85.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Gloria Rodney at PO Box 284 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. The certified mail was returned unclaimed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 6, 15-22, 86-88.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Gloria Rodney at Mountain Quail Road by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. The certified mail was returned unclaimed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 6-7, 15-22, 89-91.

On January 11, 2024, the United States Attorney's Office served Kerin Schroeder by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 7, 15-22, 92-93.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Melinda Sebasovich at zip code 32082 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The status of the certified mail is unknown as the post office has the document listed as in transit since January 21, 2024. Neither mailing was returned. Lexis Public Records, Westlaw Public Records, and Accurint all list this location as her current location. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 7, 15-22, 94-97.

On January 11, 2024, the United States Attorney's Office attempted to serve Melinda Sebasovich at zip code 32063 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned not deliverable as addressed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 7, 15-22, 98-101.

On January 11, 2024, the United States Attorney's Office attempted to serve Melinda Sebasovich at zip code 89109 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned attempted – not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 7, 15-22, 102-104.

On January 11, 2024, the United States Attorney's Office attempted to serve Melinda Sebasovich at zip code 89074, by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was returned attempted – not known, unable to forward. The certified mail was returned insufficient address, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 7, 15-22, 105-107.

On January 11, 2024, the United States Attorney's Office served Perry Stasi at Anthem Village Drive by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 7, 15-22, 108-109.

On January 11, 2024, the United States Attorney's Office served Perry Stasi at Villa Rica Drive by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 8, 15-22, 110-111.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Perry Stasi at Canvas Edge Drive by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. The certified mail was returned not deliverable as addressed, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 8, 15-22, 112-114.

On January 11, 2024, the United States Attorney's Office served Todd Vowell at zip code 84790 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 8, 15-22, 115-116.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Todd Vowell at zip code 84770 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail was returned attempted – not known, unable to forward. The certified mail return receipt was returned signed. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 8, 15-22, 117-119.

On January 11, 2024, the United States Attorney's Office served Robert Leroy Wolfe (or Kaufman) at zip code 89149 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 8, 15-22, 120-121.

On January 11, 2024, the United States Attorney's Office served Robert Leroy Wolfe (or Kaufman) at zip code 89131 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 8, 15-22, 122-123.

On January 11, 2024, the United States Attorney's Office attempted to serve Robert Leroy Wolfe (or Kaufman) at zip code 89044 by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. The regular mail and certified mail were both returned no such number, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 8, 15-22, 124-126.

On January 22, 2024, the United States Attorney's Office served Deborah Mayers by regular and certified return receipt mail with copies of the Order Granting Motion to Amend Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 424-1, pg. 13, 15-22, 198-200.

**Substitution and Forfeiture**

On November 13, 2023, the United States filed an Unopposed Motion to Substitute and to Forfeit Property of Sylviane Della Whitmore, a/k/a Cordova's 3189 Pinehurst Dr., Unit C, (Motion to Substitute), ECF No. 360[1].

---

[1] Real property located at 3189 Pinehurst Drive, Unit C, Las Vegas, Nevada 89109, more particularly described as:
PARCEL I: UNIT "C," BUILDING ELEVEN (11) OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOME CONDOMINIUMS - PHASE 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 14 OF PLATS, PAGE 10, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
PARCEL II: AN UNDIVIDED 1/47TH INTEREST IN AND TO THE COMMON AREAS TOGETHER WITH AN EXCLUSIVE EASEMENT TO USE PARKING SPACE NO. 11-C OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOUSE CONDOMINIUMS PHASE ONE, AS THE SAME IS ESTABLISHED IN THE PLAN RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, IN BOOK 14, PAGE 10, AND AS AMENDED IN BOOK 205, PAGE 164, AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, OFFICIAL RECORDS, BOOK 206, AS DOCUMENT NO. 165836;

On November 13, 2023, this Court granted the Motion to Substitute, ECF No. 362.

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 23, 2023, through December 22, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 388-1, p. 5.

This Court finds the United States notified known third parties by personal service and by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 413; Notice of Filing Service of Process – Mailing, ECF No. 425.

On January 11, 2024, the United States Attorney's Office served Briana Johnson, Clark County Assessor, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 9, 15-21, 147-148.

On January 18, 2024, the Internal Revenue Service personally served Briana Johnson, Clark County Assessor, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 3, 33-39.

On January 11, 2024, the United States Attorney's Office served Lynn Marie Goya, Clark County Clerk and on behalf of Clark County Water Reclamation District; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water District, by regular and certified return

---

PARCEL III: THE FOLLOWING APPURTENANT EASEMENT: AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER CERTAIN STREETS CREATED IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS RECORDED IN BOOK 941 AS INSTRUMENT NO. 755353 AND IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS RECORDED IN BOOK 941 AS INSTRUMENT NO. 755358, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 162-10-717-042

receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 9, 15-21, 143-144.

On January 18, 2024, the Internal Revenue Service personally served Lynn Marie Goya, Clark County Clerk and on behalf of Clark County Water Reclamation District; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water District, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 4, 33-39.

On January 11, 2024, the United States Attorney's Office served Steven B. Wolfson, Clark County District Attorney, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 10, 15-21, 163-164.

On January 18, 2024, the Internal Revenue Service personally served Steven B. Wolfson, Clark County District Attorney, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 5, 33-39.

On January 11, 2024, the United States Attorney's Office served Debbie Conway, Clark County Recorder, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8, 15-21, 131-132.

On January 18, 2024, the Internal Revenue Service personally served Debbie Conway, Clark County Recorder, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 6, 33-39.

On January 11, 2024, the United States Attorney's Office served J. Ken Diaz, Clark County Treasurer, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8, 15-21, 133-134.

On January 18, 2024, the Internal Revenue Service personally served J. Ken Diaz, Clark County Treasurer, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 7, 33-39.

On January 11, 2024, the United States Attorney's Office served James B. Gibson, Chair of Clark County Commission; Vice President of Southern Nevada Water Authority; and Vice President of Las Vegas Valley Water District, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 9, 15-21, 141-142.

On January 18, 2024, the Internal Revenue Service personally served James B. Gibson, Chair of Clark County Commission; Vice President of Southern Nevada Water Authority; and Vice President of Las Vegas Valley Water District, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 8, 33-39.

On January 11, 2024, the United States Attorney's Office served Kevin Schiller, Clark County Commission Manager, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 10, 15-21, 155-156.

On January 18, 2024, the Internal Revenue Service personally served Kevin Schiller, Clark County Commission Manager, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 9, 33-39.

On January 11, 2024, the United States Attorney's Office served Justin Jones, County Commissioner; Southern Nevada Water Authority; and Vice Chair of Clark County Water Reclamation, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 9, 15-21, 149-150.

On January 18, 2024, the Internal Revenue Service personally served Justin Jones, County Commissioner; Southern Nevada Water Authority; and Vice Chair of Clark County

22

Water Reclamation, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 10, 33-39.

On January 11, 2024, the United States Attorney's Office served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District; and Chair of Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 9, 15-21, 151-152.

On January 18, 2024, the Internal Revenue Service personally served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District; and Chair of Southern Nevada Water Authority, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 11, 33-39.

On January 11, 2024, the United States Attorney's Office served John J. Entsminger, General Manager, Las Vegas Valley Water District and Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8-9, 15-21, 139-140.

On January 18, 2024, the Internal Revenue Service personally served John J. Entsminger, General Manager, Las Vegas Valley Water District and Southern Nevada Water Authority, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 12, 33-39.

On January 11, 2024, the United States Attorney's Office served Gregory J. Walch, General Counsel, Las Vegas Valley Water District and Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 10, 15-21, 161-162.

On January 18, 2024, the Internal Revenue Service personally served Gregory J. Walch, General Counsel, Las Vegas Valley Water District and Southern Nevada Water

/ / /

Authority, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 13, 33-39.

On January 11, 2024, the United States Attorney's Office served Dan Stewart, Vice Chair, Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 10, 15-21, 159-160.

On January 18, 2024, the Internal Revenue Service personally served Dan Stewart, Vice Chair, Southern Nevada Water Authority, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 14, 33-39.

On January 11, 2024, the United States Attorney's Office served Olivia Diaz, Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8, 15-21, 135-136.

On January 18, 2024, the Internal Revenue Service personally served Olivia Diaz, Southern Nevada Water Authority, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 15, 33-39.

On January 11, 2024, the United States Attorney's Office served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice-Chairman of the Clark County Commission, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 10, 15-21, 157-158.

On January 18, 2024, the Internal Revenue Service personally served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice-Chairman of the Clark County Commission, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 16, 33-39.

/ / /

On January 11, 2024, the United States Attorney's Office served Jeff Dorocak, City Attorney, City of Las Vegas, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8, 15-21, 137-138.

On January 18, 2024, the Internal Revenue Service personally served Jeff Dorocak, City Attorney, City of Las Vegas, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 17, 33-39.

On January 11, 2024, the United States Attorney's Office served LuAnn Holmes, City Clerk, City Clerk of City of Las Vegas; and on behalf of City of Las Vegas Sewer, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 9, 15-21, 145-146.

On January 18, 2024, the Internal Revenue Service personally served LuAnn Holmes, City Clerk, City Clerk of City of Las Vegas; and on behalf of City of Las Vegas Sewer, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 18, 33-39.

On January 11, 2024, the United States Attorney's Office served Joey Paskey, Public Works Director of City of Las Vegas, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 10, 15-21, 153-154.

On January 18, 2024, the Internal Revenue Service personally served Joey Paskey, Public Works Director of City of Las Vegas Sewer, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 19, 33-39.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Quadro Homeowners' Association, Sierra Community Management LLC, Registered Agent, c/o Mandy Endelman, by regular and certified return receipt mail with copies of the

Substitution and Forfeiture Order and the Notice. The status of the certified mail is unknown as the post office has the document listed as in transit since January 17, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 11-12, 15-21, 183-186.

On January 17, 2024, the Internal Revenue Service personally served Quadro Homeowners' Association, Sierra Community Management LLC, Registered Agent, c/o Mandy Endelman, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 20, 33-39.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Quadro Homeowners' Association, c/o Linda Newport, Director, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was not returned. The certified mail was returned as attempted – not known unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 12, 15-21, 196-198.

On January 17, 2024, the Internal Revenue Service personally served Quadro Homeowners' Association c/o Linda Newport, Director, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 21, 33-39.

On January 11, 2024, the United States Attorney's Office attempted to serve Quadro Homeowners' Association, c/o Elena Lungu, President, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was returned as insufficient address unable to forward. The certified mail was returned as attempted – not known unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 12, 15-21, 193-195.

On January 17, 2024, the Internal Revenue Service personally served Quadro Homeowners' Association c/o Elena Lungu, President, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 22, 33-39.

On January 11, 2024, the United States Attorney's Office attempted to serve Quadro Homeowners' Association, c/o RJ Hunziker, Director, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was returned as insufficient address unable to forward. The certified mail was returned as attempted – not known unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 12, 15-21, 190-192.

On January 17, 2024, the Internal Revenue Service attempted to serve Quadro Homeowners' Association c/o RJ Hunziker, Director, with copies of the Substitution and Forfeiture Order and the Notice. RJ Hunziker was no longer the Director. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 23, 33-39.

On January 11, 2024, the United States Attorney's Office attempted to serve Quadro Homeowners' Association, c/o Jonathan Hamrick, Secretary, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was returned as insufficient address unable to forward. The certified mail was returned as attempted – not known unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 12, 15-21, 187-189.

On January 17, 2024, the Internal Revenue Service personally served Quadro Homeowners' Association c/o Jonathan Hamrick, Secretary, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 24, 33-39.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Sierra Community Management LLC, Sierra Community Management LLC, Registered Agent, c/o Mandy Endelman, by regular and certified return receipt mail with the Notice and the Substitution and Forfeiture Order. The status of the certified mail is unknown as the post office has the document listed as in transit since January 17, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 11, 15-21, 179-182.

/ / /

On January 17, 2024, the Internal Revenue Service personally served Sierra Community Management LLC, Sierra Community Management LLC, Registered Agent c/o Mandy Endelman, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 25, 33-39.

On January 11, 2024, the United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Gemma Sladky, Registered Agent, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 11, 15-21, 175-176.

On January 18, 2024, the Internal Revenue Service personally served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Gemma Sladky, Registered Agent, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 26, 33-39.

On January 11, 2024, the United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Bette Leal, Secretary, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 11, 15-21, 170-171.

On January 18, 2024, the Internal Revenue Service personally served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Bette Leal, Secretary, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 27, 33-39.

On January 11, 2024, the United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Jill Knowland, Treasurer, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 10-11, 15-21, 168-169.

/ / /

On January 18, 2024, the Internal Revenue Service personally served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Jill Knowland, Treasurer, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 28, 33-39.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Gina Rucker, Director, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was returned as no mail receptacle unable to forward. The certified mail return receipt was returned signed. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 11, 15-21, 172-174.

On January 18, 2024, the Internal Revenue Service personally served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Gina Rucker, Director, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 29, 33-39.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Scott Groneman, Director, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was not returned. The certified mail was returned as unclaimed unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 10, 15-21, 165-167.

On January 18, 2024, the Internal Revenue Service personally served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Scott Groneman, Director, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 30, 33-39.

On January 11, 2024, the United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Alan Stamm, President, by regular and certified return receipt mail with copies of the Substitution and

/ / /

29

Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 11, 15-21, 177-178.

On January 18, 2024, the Internal Revenue Service personally served Las Vegas International Country Club Estates Home Owners Association, Inc., c/o Alan Stamm, President, with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 413-1, pg. 31, 33-39.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Bradley Burns and Lori Burns by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was not returned. The certified mail was returned as unclaimed unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 3, 15-21, 23-25.

On January 11, 2024, the United States Attorney's Office served Kelly Douglas Card (or Carn, Jr.) at S. Eastern Avenue by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 3, 15-21, 26-27.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Kelly Douglas Card (or Carn, Jr.) at Radcliff Street by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was not returned. The certified mail was returned as unclaimed unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 3, 15-21, 28-30.

On January 11, 2024, the United States Attorney's Office served Brent Lee Coralli by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 3, 15-21, 31-34.

On January 11, 2024, the United States Attorney's Office served the Estate of Larry Dean Coralli, c/o Brent Lee Coralli by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 3, 15-21, 35-38.

On January 11, 2024, the United States Attorney's Office attempted to serve Larry Dean Coralli by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail and certified mail were both returned attempted – not known unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 4, 15-21, 39-41.

On January 11, 2024, the United States Attorney's Office served Lucia Garanin or Costin or Aranin or Yaramin at zip code 98029 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 4, 15-21, 42-43.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Lucia Garanin or Costin or Aranin or Yaramin at zip code 98321 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The status of the certified mail is unknown as the post office has the document listed as in transit since February 18, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 4, 15-21, 44-48.

On January 11, 2024, the United States Attorney's Office served Jeffrey Haeberlin by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 4, 15-21, 49-50.

On January 11, 2024, the United States Attorney's Office served Nicole Hurbace / Nicole Gaudioso at Reynolds Avenue by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 4, 15-21, 51-52.

On January 11, 2024, the United States Attorney's Office served Nicole Hurbace / Nicole Gaudioso at Moonlight View Court by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 4, 15-21, 53-54.

/ / /

On January 11, 2024, the United States Attorney's Office attempted to serve Nicole Hurbace / Nicole Gaudioso at Ten Gallon Court by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail and certified mail were both returned attempted – not known unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 4, 15-21, 55-57.

On January 11, 2024, the United States Attorney's Office attempted to serve Nicole Hurbace / Nicole Gaudioso at Chestnut Ridge Circle by regular and certified return receipt. mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail and certified mail were both returned attempted – not known unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 4-5, 15-21, 58-60.

On January 11, 2024, the United States Attorney's Office served PITARO & FUMO, CHTD., Osvaldo E Fumo, Attorney for Phillip D. Hurbace, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 5, 15-21, 61-62.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Phillip Hurbace at 1035 Mountain Quail Road by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The status of the certified mail is unknown as the post office has the document listed as available for pickup since February 7, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 5, 15-21, 63-66.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Phillip Hurbace at 1055 Mountain Quail Road by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The status of the certified mail is unknown as the post office has the document listed as available for pickup since February 7, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 5, 15-21, 67-70.

On January 11, 2024, the United States Attorney's Office attempted to serve Phillip Hurbace at Oakhill Avenue by regular and certified return receipt mail with copies of the

Substitution and Forfeiture Order and the Notice. The regular mail and certified mail were both returned attempted – not known unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 5, 15-21, 71-73.

On January 11, 2024, the United States Attorney's Office served Vicki Hurbace by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 5, 15-21, 74-75.

On January 11, 2024, the United States Attorney's Office served the Estate of Carl Kenneth Hurst c/o Teresa Hurst by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 5, 15-21, 76-77.

On January 11, 2024, the United States Attorney's Office attempted to serve Carl Kenneth Hurst by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail and certified mail were both returned not deliverable as addressed unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 5-6, 15-21, 78-81.

On January 11, 2024, the United States Attorney's Office served Teresa Hurst by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 6, 15-21, 82-83.

On January 11, 2024, the United States Attorney's Office served Larry Anthony McDaniel by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 6, 15-21, 84-85.

On January 11, 2024, the United States Attorney's Office attempted to serve HILL FIRM, Daniel Hill, Attorney for Larry Anthony McDaniel, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The

/ / /

33

regular mail and certified mail were both returned illegible unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 6, 15-21, 86-88.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Gloria Rodney at PO Box 284 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was not returned. The certified mail was returned as unclaimed unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 6, 15-21, 89-91.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Gloria Rodney at Mountain Quail Road by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The status of the certified mail is unknown as the post office has the document listed as available for pickup since February 7, 2024. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 6, 15-21, 92-95.

On January 11, 2024, the United States Attorney's Office served Kerin Schroeder by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 6, 15-21, 96-97.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Melinda Sebasovich at zip code 32082 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The status of the certified mail is unknown as the post office has the document listed as in transit since January 21, 2024. Neither mailing was returned. Lexis Public Records, Westlaw Public Records, and Accurint all list this location as her current location. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 6-7, 15-21, 98-101.

On January 11, 2024, the United States Attorney's Office attempted to serve Melinda Sebasovich at zip code 32063 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail and certified mail were

/ / /

both returned not deliverable as addressed unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 7, 15-21, 102-105.

On January 11, 2024, the United States Attorney's Office attempted to serve Melinda Sebasovich at zip code 89109 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail and certified mail were both returned attempted – not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 7, 15-21, 106-108.

On January 11, 2024, the United States Attorney's Office attempted to serve Melinda Sebasovich at zip code 89074 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was returned as attempted – not known unable to forward. The certified mail was returned as insufficient address – unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 7, 15-21, 109-111.

On January 11, 2024, the United States Attorney's Office served Perry Stasi at Anthem Village Drive by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 7, 15-21, 112-113.

On January 11, 2024, the United States Attorney's Office served Perry Stasi at Villa Rica Drive by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 7, 15-21, 114-115.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Perry Stasi at Canvas Edge Drive by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was not returned. The certified mail was returned as not deliverable as addressed unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 7, 15-21, 116-118.

On January 11, 2024, the United States Attorney's Office served Todd Vowell at zip code 84790 by regular and certified return receipt mail with copies of the Substitution and

Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 7, 15-21, 119-120.

On January 11, 2024, the United States Attorney's Office served and attempted to serve Todd Vowell at zip code 84770 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail was returned as not deliverable as addressed. The certified mail return receipt was returned signed. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8, 15-21, 121-123.

On January 11, 2024, the United States Attorney's Office served Robert Leroy Wolfe (or Kaufman) at zip code 89149 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8, 15-21, 124-125.

On January 11, 2024, the United States Attorney's Office served Robert Leroy Wolfe (or Kaufman) at zip code 89131 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8, 15-21, 126-127.

On January 11, 2024, the United States Attorney's Office attempted to serve Robert Leroy Wolfe (or Kaufman) at zip code 89044 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. The regular mail and certified mail were both returned no such number unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 8, 15-21, 128-130.

On January 22, 2024, the United States Attorney's Office served Deborah Mayers by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 425-1, pg. 12, 15-21, 199-201.

This Court finds no petition as to Sylviane Della Whitmore, a/k/a: "Sylviane Cordova," was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

/ / /

This Court finds no petitions as to Sylviane Della Whitmore, a/k/a: "Sylviane Cordova," are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $32,938.34 of 10270 Hammerschmidt Court, Las Vegas, Nevada 89135, more particularly described as:

LOT EIGHTY-THREE (83) IN BLOCK TWO (2) OF SIERRA WOODS AT SUMMERLIN – UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 83 OF PLATS, PAGE 92 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 164-12-711-051

(forfeited property); if the Hammerschmidt Property is sold, the net equity-after fees, costs, and expenses-will be applied first to the criminal forfeiture money judgment amount of Count 30 and then toward the payment of the rest of the criminal forfeiture money judgment amounts; and

that the United States recover from Sylviane Della Whitmore, a/k/a: "Sylviane Cordova," the in personam criminal forfeiture money judgment of $459,000, and that the forfeited property will be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A); and

that all possessory rights, ownership rights, and all rights, titles, and interests in the substitute property hereinafter described are condemned, forfeited, and vested in the United States:

The substituted real property located at 3189 Pinehurst Drive, Unit C, Las Vegas, Nevada 89109, more particularly described as:

PARCEL I: UNIT "C," BUILDING ELEVEN (11) OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOME CONDOMINIUMS - PHASE 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 14 OF PLATS, PAGE 10, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II: AN UNDIVIDED 1/47TH INTEREST IN AND TO THE COMMON AREAS TOGETHER WITH AN EXCLUSIVE EASEMENT TO USE PARKING SPACE NO. 11-C OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOUSE CONDOMINIUMS PHASE ONE, AS THE SAME IS ESTABLISHED IN THE PLAN RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, IN BOOK 14, PAGE 10, AND AS AMENDED IN BOOK 205, PAGE 164, AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, OFFICIAL RECORDS, BOOK 206, AS DOCUMENT NO. 165836;

PARCEL III: THE FOLLOWING APPURTENANT EASEMENT: AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER CERTAIN STREETS CREATED IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS RECORDED IN BOOK 941 AS INSTRUMENT NO. 755353 AND IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS RECORDED IN BOOK 941 AS INSTRUMENT NO. 755358, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 162-10-717-042

(substitute property) and that the net sale proceeds of the substitute property will be applied toward the payment of the money judgments under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A); and

the forfeiture of (1) the money judgments, (2) the forfeited property, and (3) the substitute property are imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); Fed. R. Crim. P. 32.2(e)(1)(B); 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); the money judgments shall be collected; the forfeited property shall be collected, the proceeds of the substitute property shall be collected; and all collected amounts shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the forfeited property and the substitute property are extinguished and are not recognized as to all potential third parties, and the following individuals and entities:

/ / /

1. Sylviane Della Whitmore, a/k/a: "Sylviane Cordova," Larry Anthony McDaniel, Phillip D. Hurbace;

2. Clark County, Nevada, including the following offices: Clark County District Attorney, Clark County Treasurer, Clark County Assessor, Clark County Recorder, Clark County Clerk, Las Vegas Valley Water District, Southern Nevada Water Authority, Clark County Water Reclamation, Clark County Commission, Clark County Board of Commissioners;

3. City of Las Vegas, including the following offices: City Attorney, City Clerk, City of Las Vegas Sewer, Public Works of City of Las Vegas;

4. Las Vegas International Country Club Estates Home Owners Association, Inc.; Quadro Homeowners' Association; Sierra Community Management LLC; and Summerlin South Community Association; and

5. Bradley Burns and Lori Burns, Kelly Douglas Card (Or Carn, Jr.), Larry Dean Coralli, Estate of Larry Dean Coralli, Brent Lee Coralli, Lucia Garanin or Costin or Aranin or Yaramin, Jeffrey Haeberlin, Nicole Hurbace / Nicole Gaudioso; Vicki Hurbace, Carl Kenneth Hurst, The Estate of Carl Kenneth Hurst, Teresa Hurst, Deborah Mayers, Melinda Sebasovich, Kerin Schroeder, Perry Stasi, Todd Vowell, Robert Leroy Wolfe (or Kaufman).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States may sell 3189 Pinehurst Drive, Unit C, notwithstanding any third party's name on the deed/title and the title company shall provide clear title on behalf of the United States for the sale of the forfeited property under 21 U.S.C. § 853(n)(7).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

2 copies of this Order to all counsel of record and three certified copies to the United States

3 Attorney's Office, Attention Asset Forfeiture Unit.

4        DATED _____ March 28 _____, 2024.

5

6

7                              _____
                             ANDREW P. GORDON

8                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28