1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar No. 1925
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Daniel.Hollingsworth@usdoj.gov
6  Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SYLVIANE DELLA WHITMORE,<br>a/k/a: "Sylviane Cordova,"<br><br>    Defendant. | 2:17-CR-110-APG-DJA<br><br>**United States of America's Unopposed Motion to Approve Sale Price and Sale Terms for Real Property Located at 3189 Pinehurst Drive, Unit C, Las Vegas, Nevada 89109** |

The United States moves this Court to approve a sale of 3189 Pinehurst Drive, Unit C, Las Vegas, Nevada 89109 (property)[1] for $300,000.

---

[1] MORE PARTICULARLY DESCRIBED AS:
PARCEL I: UNIT "C," BUILDING ELEVEN (11) OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOME CONDOMINIUMS - PHASE 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 14 OF PLATS, PAGE 10, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
PARCEL II: AN UNDIVIDED 1/47TH INTEREST IN AND TO THE COMMON AREAS TOGETHER WITH AN EXCLUSIVE EASEMENT TO USE PARKING SPACE NO. 11-C OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOUSE CONDOMINIUMS PHASE ONE, AS THE SAME IS ESTABLISHED IN THE PLAN RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, IN BOOK 14, PAGE 10, AND AS AMENDED IN BOOK 205, PAGE 164, AND THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, OFFICIAL RECORDS, BOOK 206, AS DOCUMENT NO. 165836;
PARCEL III: THE FOLLOWING APPURTENANT EASEMENT: AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER CERTAIN STREETS CREATED IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS RECORDED IN BOOK 941 AS INSTRUMENT NO. 755353 AND IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS RECORDED IN BOOK 941 AS INSTRUMENT NO. 755358,

The reason for this request is to authorize Doug Sawyer to sell the property for $300,000 under the Court-ordered Substitution and Forfeiture Order, Order for interlocutory sale, and Final Order of Forfeiture.

This Motion is made and is based on the papers and pleadings on file herein and the attached Memorandum of Points and Authorities.

## Motion and Memorandum of Points and Authorities

This Court substituted and forfeited the property, authorized the Interlocutory Sale of the property, and forfeited the property in the Final Order of Forfeiture.[2] This is the best offer received for the property since it was listed for sale. All other offers were under $230,000 and as low as $174,000. Sean McCarty offered $300,000 to purchase the property.

If this Court approves the sale price and sale terms, the proceeds will be accounted for and distributed according to the law. The estimated net sale proceeds is $263,800.

Under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property were extinguished and are not recognized as to all potential third parties, including the following individuals and entities:

1. Sylviane Della Whitmore, a/k/a: "Sylviane Cordova," Larry Anthony McDaniel, Phillip D. Hurbace;
2. Clark County, Nevada, including the following offices: Clark County District Attorney, Clark County Treasurer, Clark County Assessor, Clark County Recorder, Clark County Clerk, Las Vegas Valley Water District, Southern Nevada Water Authority, Clark County Water Reclamation, Clark County Commission, Clark County Board of Commissioners;
3. City of Las Vegas, including the following offices: City Attorney, City Clerk, City of Las Vegas Sewer, Public Works of City of Las Vegas;

---

TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 162-10-717-042.

[2] Substitution and Forfeiture Order, ECF No. 362; Order granting Motion for an Interlocutory Order of Sale, ECF No. 361; Final Order of Forfeiture, ECF No. 476.

  4. Las Vegas International Country Club Estates Home Owners Association, Inc.; Quadro Homeowners' Association; Sierra Community Management LLC; and Summerlin South Community Association; and

  5. Bradley Burns and Lori Burns, Kelly Douglas Card (Or Carn, Jr.), Larry Dean Coralli, Estate of Larry Dean Coralli, Brent Lee Coralli, Lucia Garanin or Costin or Aranin or Yaramin, Jeffrey Haeberlin, Nicole Hurbace / Nicole Gaudioso; Vicki Hurbace, Carl Kenneth Hurst, The Estate of Carl Kenneth Hurst, Teresa Hurst, Deborah Mayers, Melinda Sebasovich, Kerin Schroeder, Perry Stasi, Todd Vowell, Robert Leroy Wolfe (or Kaufman).[3]

  The net sale proceeds will be held in an interest-bearing account by the Department of the Treasury until resolution of the appeal, which will constitute the amount to be retained by the Court as a substitute res under Supp. R. G(7)(b)(iii) and (iv).

  The government has determined that (1) neither the buyer nor any individual who will be on the title after the completion of the sale is a felon; and (2) this sale represents an arms-length transaction.

  Dated: April 12, 2024.

JASON M. FRIERSON
United States Attorney

*/s/* Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: April 15, 2024

---

[3] Final Order of Forfeiture, ECF No. 476.