# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>SYLVIANE WHITMORE, et al.,<br><br>　　Defendants | Case No.: 2:17-cr-00110-APG-DJA<br><br>**Order Extending Reporting Deadline for Sylviane Whitmore**<br><br>[ECF No. 532] |

　　Sylviane Whitmore has moved for release pending appeal. ECF No. 532. Her deadline to report to prison is July 29, 2024. The Government's response to Whitmore's motion is due July 19, and Whitmore's reply would be due July 26. This leaves little time for me to consider the papers before Whitmore's reporting date. In addition, Whitmore has medical tests and related appointments in August and potentially additional tests in mid-September.

　　I THEREFORE ORDER that Whitmore's deadline to self-surrender is extended from July 29, 2024 to September 27, 2024. The parties' briefs regarding the motion to release pending appeal remain due as set forth above.

　　DATED this 10th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE