LISA A. RASMUSSEN, Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com
*Attorney for Defendant SYLVIANE WHITMORE*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SYLVIANE WHITMORE,<br><br>Defendant. | Case No: 2:17-CR-110 APG<br><br>**UNOPPOSED MOTION FOR AN ORDER AUTHORIZING TRANSCRIPTION OF BENCH CONFERENCES DURING TRIAL AND JURY INSTRUCTION SETTLING CONFERENCE** |

COMES NOW the defendant Sylviane Whitmore, by and through her counsel, Lisa Rasmussen of McLetchie Law, and hereby moves this Court for an Order Authorizing the transcription of bench conferences during trial as well as the transcription of the conference where jury instructions were settled. This Motion is unopposed by the government. This Motion is made and based upon the following:

1. The undersigned is counsel for Ms. Whitmore on appeal and has been counsel for Ms. Whitmore since September 2021.

2. The undersigned was not counsel for Ms. Whitmore during trial.

3. In preparing Ms. Whitmore's direct appeal, the undersigned discovered that there were bench conferences during trial that were not transcribed in the transcripts that were previously prepared. Additionally, the settling of jury instructions on the record was also not transcribed.

1

4. A list of the untranscribed / missing items is as follows:

    a. **Jury Trial Day 1 on 6/21/21:**
       Transcript is at ECF 260
       During government witness Jeffrey Scott
       Bench Conference is at page 156, line 4.

    b. **Jury Trial Day 3 on 6/23/21:**
       Transcript is at ECF 552
       During government witness Gary Chaney
       Bench conference/sidebar is at bottom of page 145/top of page 146

    c. **Jury Trial Day 5 on 6/28/21**
       Transcript at ECF 233
       During Defense Witness Art Cordova
       Bench Conference at page 46:8

    d. **Jury Trial Day 5 on 6/28/21**
       At end of Defense Witness Linda Dobash
       Bench Conference at page 83:18

    e. **Jury Instructions on the Record**
       This appears to have occurred on Jury Trial Day 4, 6/24/21
       The minutes indicate that proceedings ended at 11:51 AM, but the transcript ends at 10:04 AM, so presumably this occurred during this period of time as there is no other reference in the record to the settling of jury instructions.

5. At least two and possibly three of these bench conferences are relevant to issues raised on appeal by Ms. Whitmore and the fourth is unknown.

6. Since the undersigned was not trial counsel, she does not know what occurred at the conference where jury instructions were settled on the record.

2

7. The undersigned was initially not able to contact the court reporter, Paige Christian because she is no longer the court reporter for this Court. However, after receiving substantial assistance from this Court's current court reporter and her supervisor, both of whom worked to resolve the issue, it was determined that the undersigned would need to contact Ms. Christian.

8. The undersigned contacted Ms. Christian this morning and Ms. Christian has indicated that she will be able to transcribe the requested portions, but that she needs an order authorizing the same from the Court, and then a transcript order can be emailed to her.

9. This motion follows.

10. The undersigned has conferred with the government and counsel for Mr. McDaniel on appeal (Jason Carr) and neither party opposes this Motion as it is likely that all three parties will need access to the same information.

11. The undersigned has also sought an additional extension of time to file Ms Whitmore's opening brief (until January 10, 2025) in order to permit time for this Court to grant this motion and to obtain the supplemental transcripts from Ms. Paige.

Based on the foregoing, it is respectfully requested that this Court enter an order authorizing the items listed above in paragraph 5, subparagraphs a-e be transcribed by the court reporter.

DATED this 18th day of December, 2024.

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, Nevada Bar No. 7491
**MCLETCHIE LAW**
*Attorney for Sylviane Whitmore*

IT IS SO ORDERED:

Dated: December 19, 2024

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3