# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>PHILLIP D. HURBACE, SYLVIANE WHITMORE, and LARRY McDANIEL,<br><br>    Defendants | Case No.: 2:17-cr-00110-APG-DJA<br><br>**Order Denying Motion to Reconstruct and/or Settle the Record**<br><br>[ECF No. 579] |

Sylviane Whitmore and Larry McDaniel move for an order setting a hearing to reconstruct the record in this case due to missing trial transcripts. ECF No. 579. The Government responds that no hearing is necessary as the process the defendants need to follow is set forth in Federal Rule of Appellate Procedure 10(c). ECF No. 582. Whitmore and McDaniel now agree to follow that procedure. ECF No. 585.

I THEREFORE ORDER that the defendants' motion to reconstruct the record **(ECF No. 579) is denied without prejudice.** The defendants must follow the process set forth in Federal Rule of Appellate Procedure 10(c). The parties may thereafter submit a stipulation or motion for settlement and approval of the record.

DATED this 4th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE