LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com
*Attorney for Defendant SYLVIANE WHITMORE*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SYLVIANE WHITMORE,<br><br>　　　　Defendant. | Case No: 2:17-CR-110 APG<br><br>**STIPULATION REGARDING UNRECORDED BENCH CONFERENCES** |

　　　COMES NOW defendant Sylviane Whitmore, by and through her counsel, Lisa Rasmussen of McLetchie Law, and the United States of America, by and through its counsel, Acting United States Attorney Sue Fahami and Assistant United States Attorney Mina Chang, and hereby stipulate as follows:

　　　1.　　There is an unrecorded bench conference that occurs on the fifth day of trial, on June 28, 2021 at ECF 233, page 46, line 8.

　　　2.　　After consultation with trial counsel for defendants Whitmore and McDaniel, and with the approval of the government, the parties stipulate that the following statement supplement the record on that unrecorded bench conference:

　　　　　The parties agree that during the unrecorded bench conference that occurred on 6/28/21 at page 46:8, defense counsel for Defendant Sylviane Whitmore went through each of the hearsay exceptions pursuant to FRE 803 and the Court sustained the objection on the proposed line of

1

questioning, a ruling that is later reflected in the Court's statements outside the presence of the jury beginning on page 83 of the same transcript.

IT IS SO STIPULATED.

Dated: March 19, 2025

| **McLetchie Law** | **Sue Fahami, Acting United States Attorney** |
|---|---|
| /s/ Lisa A. Rasmussen | /s/ Mina Chang |
| LISA A. RASMUSSEN, ESQ. | BY: AUSA MINA CHANG |
| *Counsel for Sylviane Whitmore* | *Counsel for the United States of America* |

## ORDER

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the trial record shall be supplemented to include the stipulated facts surrounding the unrecorded bench conference occurring on June 28, 2021, as set forth in the stipulation herein.

Dated: March 20, 2025

_____
The Honorable Andrew P. Gordon
United States District Judge

2